12771.   RESERVE LOAN LIFE INSURANCE CO. v. PHILLIPS,
                           administrator.

STEPHENS, J.   This court having in a judgment rendered in this case
(29 Ga. App. 99, 113 S. E. 815) affirmed the judgment of the city court
of Valdosta, and the Supreme Court, on certiorari, having reversed the
judgment of this court (156 Ga. 372, 119 S. E. 315), the judgment

of affirmance originally rendered by this court must be vacated and the judgment of the trial court reversed.

*Judgment reversed. Jenkins, P. J., and Bell, J., concur.*

DECIDED DECEMBER 7, 1923.

Action on life-insurance policy; from city court of Valdosta—Judge Cranford. July 30, 1921.

*A. T. Woodward, G. A. Deitch, F. G. West, J. J. Murray, O. M. Smith,* for plaintiff in error.

*Whitaker & Dukes,* contra.